BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00119-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| FANNY GUADALUPE HERNANDEZ-LOZANO, | |
| Defendant. | |

Based on the plea agreement entered between Plaintiff United States of America and defendant Fanny Guadalupe Hernandez-Lozano, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c), defendant Fanny Guadalupe Hernandez-Lozano's interest in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

   a. Black Acer Laptop CPU;

   b. Generic Desktop CPU;

   c. HP Desktop Serial Number TSF02070903;

   d. HP Desktop Serial Number TS290310084;

   e. Black RCA Tablet

Preliminary Order of Forfeiture                    1

  f. TMAX Tablet, Model TM9S775 in Purple case;

  g. TMX Tablet, Model TM9S775 in Blue case;

  h. SD Cards (2);

  i. HP Color Laser Printer , Serial Number CN34A24089;

  j. Laminator;

  k. White Samsung Smart Phone S-3;

  l. Samsung Note Smartphone;

  m. LG Smartphone;

  n. Apple iPhone in Blue case;

  o. Samsung Smartphone in Jewel case.

 2. The above-listed assets represent any property real or personal, that constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. §371.

 3. Pursuant to Rule 32.2(b), the Attorney General (or designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in their secure custody and control.

 4. a. Pursuant to 28 U.S.C. §2461(c) , incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the Order of Forfeiture. Notice of this Order and notice of the Attorney General's (or designee's) intent to dispose of the property in such a manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the office internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other then the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the

official government forfeiture site, or within thirty (30) days from receipt of direct notice, whichever is earlier.

5. If a petition is filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: September 5, 2014

_____
SENIOR DISTRICT JUDGE

Preliminary Order of Forfeiture 3