| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MIA A. GIACOMAZZI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:14-CR-119 LJO SKO |
| | Plaintiff, | JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE AND SET MATTER BEFORE DISTRICT JUDGE |
| | v. | |
| MARCO ANTONIO HERNANDEZ-RIOS and FANNY GUADALUPE HERNANDEZ-LOZANO, | | |
| | Defendant . | |

The parties, by and through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, counsel for plaintiff United States of America, Marc Days, counsel for defendant MARCO ANTONIO HERNANDEZ-RIOS, and Michael Berdinella, counsel for defendant FANNY GUADALUPE HERNANDEZ-LOZANO, hereby stipulate and jointly request the Court to continue the status conference currently set for Monday, September 15, 2014 in Courtroom 7 (SKO) to Monday, September 29, 2014 in Courtroom 4 LJO). The parties seek a continuance of the status conference and that request that the status conference be set on the district judge calendar for the following reasons:

The defendants are charged with violation of 18 U.S.C. §§ 371, 1028, and 1546. The defendants have both signed and filed their respective plea agreements and wish to change their pleas in front of the district judge. Based on the availability of the court and counsel, the next available date for the change of plea hearing for each defendant is September 29, 2014.

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: 9/10/2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Mia Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

Dated: 9/10/2014

/s/ Marc Days
MARC DAYS
ASSISTANT FEDERAL DEFENDER
Counsel for MARCO ANTONIO HERNANDEZ-RIOS

Dated: 9/11/2014

/s/ Michael Berdinella
MICHAEL BERDINELLA
Counsel for FANNY GUADALUPE HERNANDEZ-LOZANO

**ORDER**

For good cause appearing, this Court CONTINUES the September 15, 2014 status conference to September 29, 2014 at 8:30 a.m. in Courtroom 4 (LJO). On the basis of good cause, time shall be excluded from September 15, 2014 until September 29, 2014 because the ends of justice served in granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 11, 2014**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE